UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA VALCARCEL, PINCHUS PERLMUTTER, and MICHELE ACERRA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>RP ILLUSIONS CORP D/B/A Museum of Illusions New York,<br><br>    Defendant. | Case No. 1:24-cv-01672-PKC<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITHOUT PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Barbara Valcarcel, Pinchus Perlmutter, and Michele Acerra ("Plaintiffs"), by and through their counsel of record, hereby voluntarily dismiss this action without prejudice. Each party to bear its own fees and costs. Defendant has not served an answer or a dispositive motion in this matter.

| | |
|---|---|
| Dated: October 10, 2024 | **LEVI & KORSINSKY, LLP**<br><br>By: */s/ Eduard Korsinsky*<br>Eduard Korsinsky (EK-8989)<br>Mark S. Reich (MR-4166)<br>33 Whitehall Street, 17th Floor<br>New York, NY 10004<br>Telephone: (212) 363-7500<br>Facsimile: (212) 363-7171<br>Email: ek@zlk.com<br>mreich@zlk.com<br><br>*Counsel for Plaintiffs* |